# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

CORDARIUS WILLIS,                                                                                              PLAINTIFF
ADC #162742

v.                                        4:20CV01442-JM-JTK

WENDY KELLEY, et al.                                                                                     DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Defendants Wendy Kelley, Dexter Payne, Marshall Reed, James Gibson, Brandon Carroll, Washington, Swopes, Audrey Lance, and Sherman are DISMISSED, for failure to state a claim.

IT IS SO ORDERED this 4th day of February, 2021.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE