# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

CORDARIUS WILLIS,                                                                                           PLAINTIFF
ADC #162742

v.                                              4:20CV01442-JM-JTK

WENDY KELLEY, et al.                                                                                      DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff's Motion for Emergency Temporary Restraining Order and Preliminary Injunction, which this Court construes as a Motion for Preliminary Injunctive Relief (Doc. No. 20) is DENIED.

IT IS SO ORDERED this 29th day of September, 2021.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE