**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**CORDARIUS WILLIS,**                                                          **PLAINTIFF**
**ADC #162742**

**v.**                         **CASE NO: 4:20CV01442-JM-JTK**

**WENDY KELLEY, et al.**                                              **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Jerome T. Kearney.  No objections have been filed.  After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1.      Defendant Smart's Motion for Summary Judgment (Doc. No. 28) is GRANTED;

2.      Plaintiff's claims against Defendant Smart are DISMISSED with prejudice.

3.      Plaintiff's Complaint, as amended (Doc. No. 5), is DISMISSED.

IT IS SO ORDERED this 8th day of December 2021.


UNITED STATES DISTRICT JUDGE