IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CORDARIUS WILLIS,**  **PLAINTIFF**
ADC #162742

v.   CASE NO: 4:20CV01442-JM-JTK

**WENDY KELLEY, et al.**   **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing Plaintiff's claims against Defendant Smart with prejudice; Plaintiff's Complaint, as amended, is dismissed. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

IT IS SO ORDERED this 8th day of December 2021.

_____
UNITED STATES DISTRICT JUDGE